## MOORE et al. v. DANIELS et al.

*Appeal from Howard District Court — Friday, June* 8.

DECREE OF FORECLOSURE WILL NOT BE REVIEWED BY SUPREME COURT WHEN NO EXCEPTIONS WERE TAKEN BELOW.

SUIT in equity against a mortgagor and subsequent incumbrancers to foreclose mortgage and bar the equity of redemption.

Defense by one only of the subsequent incumbrancers, that plaintiff had released the mortgage as to the part claimed by this defendant. Trial to the court and judgment for the plaintiff for foreclosure; except as to the part claimed by defendant as released, and also barring the equity of redemption as to all other defendants. The plaintiff appeals from the judgment for the one defendant.

*J. L. Foster* for the appellant — *Bullis & Willets* for the appellee.

COLE, J.— There was no exception taken to the judgment of the District Court, and hence no foundation laid for a successful appeal. See Rev., §§ 3106, 3108. But we have examined the entire transscript and evidence and are not prepared to say that plaintiff has lost any advantage by his failure to except.

Affirmed.